UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JESSE LEAVINS** | **CASE NO. 3:23-CV-01204** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMERICAN FAMILY INSURANCE CO ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss [Doc. No. 16],

**IT IS ORDERED, ADJUDGED and DECREED** that the Motion is **GRANTED**, and all claims of Plaintiff, Jesse Leavins, and Defendants, American Family Mutual Insurance Company and Andrew Ro are hereby **DISMISSED WITH PREJUDICE**. Defendant will bear all court cost related to the claims against American Family Insurance Company and Andrew Ro through the date of this dismissal.

MONROE, LOUISIANA, this 26th day of September, 2024.

_____
Terry A. Doughty
United States District Judge